JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN MALDONADO-DURAN,<br><br>              Petitioner,<br><br>        v.<br><br>CYNTHIA ENTZEL,<br><br>              Respondent. | Case No. CV 17-3133-R (KK)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

Dated: October 17, 2017

HONORABLE MANUEL L. REAL
United States District Judge

Presented by:

_____
KENLY KIYA KATO
United States Magistrate Judge